# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL THOMPSON, | Case No. 1:17-cv-01504-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al. | |
| Defendants. | |

On October 12, 2017, the Honorable Claudia Wilken, United States District Judge for the Northern District of California, entered an order transferring this case to the Eastern District of California. (Doc. 111.) Although the case was electronically transmitted to the Fresno Division, it is apparent from a reading of Judge Wilken's order that the case was intended to be transferred to the Sacramento Division of the Eastern District of California. (*See* Doc. 111 at 4:12–14 ("The claims against the remaining individual Defendants are based on allegations of facts that occurred solely at [Deuel Vocational Institute]" located in San Joaquin County, which is part of the

Sacramento Division.) Pursuant to Rule 120(f) of the Local Rules of the United States District Court for the Eastern District of California, a civil action that has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper venue within the District.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **November 8, 2017**          /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE